UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | 05-1378 JC | | USA v. Rose Morris |
| Date: | December 5, 2007 | Name of Deft: | Same |
| | Before the Honorable | John Edwards Conway | |

| | | | |
|---|---|---|---|
| Time In/Out: | 10:30-10:55 | Total Time in Court (for JS10): | **TWENTY-FIVE MINUTES** |
| Clerk: | Lee Jones | Court Reporter: | Julie Sanchez |
| AUSA: | Fred Federici | Defendant's Counsel: | Roger A. Finzel, AFPD, Appt. |
| Sentencing in: | Albuquerque | Interpreter: | None Required |
| Probation Officer: | Shawn Day | Sworn? | Yes / No |

| Convicted on: | **X** Plea / Verdict | As to: | Information **X** Counts II and VIII of Redacted Indictment |
|---|---|---|---|
| If Plea: | **X** Accepted / Not Accepted | Adjudged/Found Guilty on Counts: | |
| Date of Plea/Verdict: | March 7, 2006 | PSR: | **X** Not Disputed / Disputed |
| PSR: | **X** Court Adopts PSR Findings | Evidentiary Hearing: | **X** Not Needed / Needed |
| Exceptions to PSR: | | | |

## SENTENCE IMPOSED

| | | | |
|---|---|---|---|
| Imprisonment (BOP): | | | |
| Supervised Release: | | Probation: **5 years** | 500-Hour Drug Program |

### SPECIAL CONDITIONS OF SUPERVISION

| | |
|---|---|
| No re-entry without legal authorization | Home confinement for _____ months _____ days |
| Comply with ICE laws and regulations | Community service for _____ months _____ days |
| ICE to begin removal immediately or during sentence | Reside halfway house _____ months _____ days |
| Participate in substance abuse program/drug testing | Register as sex offender |
| Participate in mental health program | Participate in sex offender treatment program |
| No alcohol/liquor establishments | Possess no sexual material |
| Submit to search of person/property | No computer with access to online services |
| No contact with co-Defendant in this case | No contact with children under 18 years |
| No entering, or loitering near, victim's residence | No volunteering where children supervised |
| Provide financial information | Restricted from occupation with access to children |
| Grant limited waiver of confidentiality | No loitering within 100 feet of school yards |

**X** OTHER: shall be prohibited from incurring new credit charges, opening additional lines of credit, or negotiating or consummating any financial contracts w/out prior approval of the probation officer; shall provide the probation officer access to any requested financial information, personal income tax returns, authorization for release of credit information and other business financial information in which the defendant has a control or interest.

| Fine: $ | 0 | Restitution: $ | **To all victims outlined in the Third Addendum to the Presentence Report for a total amount of $49,590. Defendant has already paid $10,900 toward restitution; therefore, the total amount of restitution due is $38,690. To be paid in minimum monthly installments of not less than $150.** |
|---|---|---|---|
| SPA: $ | 100 as to each count for total of $200 | Payment Schedule: | **X** Due Immediately / Waived |

| OTHER: | | | | |
|---|---|---|---|---|
| **X** | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement | |
| | Held in Custody | | Voluntary Surrender | |
| | Recommended place(s) of incarceration: | | | |
| | Dismissed Counts: | | | |
| OTHER COMMENTS: | | | | |